```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

IN RE DITECH HOLDING CORP., et al.

21-cv-7365 (JSR)

ORDER

------------------------------------

JED S. RAKOFF, U.S.D.J.:

On September 18, 2021, this Court denied the pro se motion of Darryl K. Browder, which sought leave to appeal the Memorandum Decision and Order Granting the Joint Motion of the Plan Administrator and Consumer Representative to Enforce the Plan Injunctions and Confirmation Order Against Darryl K. Browder, Hold Him in Contempt, and Impose Sanctions, entered by the Bankruptcy Court (Garrity, B.J.), In re Ditech Holding Corp., No. 19-10412 (JLG) (S.D.N.Y. Bankr. Aug. 20, 2021), ECF 3627 ("Sanctions Order"). ECF 3. That motion failed to articulate any basis for this Court to exercise appellate jurisdiction over the interlocutory Sanctions Order. Id. at 2-3.

The Court is now in receipt of another pro se filing from Browder, this one styled as a "Verified Complaint" and making various allegations regarding the Sanctions Order. ECF 4. The Court hereby construes the filing as a motion for leave to appeal and denies that motion as futile.

SO ORDERED.

New York, NY
October 15, 2021

JED S. RAKOFF, U.S.D.J.

1