UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│                                  │
│                                  │
│  IN RE DITECH HOLDING CORP.,     │
│  et al.                          │
│                                  │
│                                  │
└─────────────────────────────────┘
```

21-cv-7365 (JSR)

ORDER


JED S. RAKOFF, U.S.D.J.:

On September 18, 2021, this Court denied the pro se motion of Darryl K. Browder, which sought leave to appeal the Memorandum Decision and Order Granting the Joint Motion of the Plan Administrator and Consumer Representative to Enforce the Plan Injunctions and Confirmation Order Against Darryl K. Browder, Hold Him in Contempt, and Impose Sanctions, entered by the Bankruptcy Court (Garrity, B.J.), In re Ditech Holding Corp., No. 19-10412 (JLG) (S.D.N.Y. Bankr. Aug. 20, 2021), ECF 3627 ("Sanctions Order"). ECF 3. That motion failed to articulate any basis for this Court to exercise appellate jurisdiction over the interlocutory Sanctions Order. Id. at 2-3. The Court later received a "Verified Complaint," ECF 4, which it construed as a motion for leave to appeal and denied on October 15, 2021. ECF 5.

The Court is now in receipt of another pro se filing from Browder, styled as a Motion for Leave to Appeal ... and for Reconsideration and Correction of the Record. This motion is also denied as baseless and futile.

SO ORDERED.

New York, NY
October 20, 2021

JED S. RAKOFF, U.S.D.J.